**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
4370 N.E. Halsey Street
Portland, Oregon 97213
Telephone: (503) 251-0707
Fax: (503 251-0708
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KATHY M. ERICKSON** | Civil No. CV 03 - 1522 AA |
| Plaintiff, | ORDER AUTHORIZING 406(b) FEES |
| vs. | |
| **JOANNE B. BARNHART**, Commissioner, Social Security Administration, | |
| Defendant. | |

Pursuant to 42 U.S.C. 406 (b), reasonable attorney fees in the amount of $8157.73 are hereby awarded to Plaintiff's attorney, Karen Stolzberg. There has been no prior award of fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d). The agency is directed send to Ms. Stolzberg $8157.73, and release any additional withheld benefits to the claimant.

IT SO ORDERED. Dated this ___20___ day of October, 2006.

_____
Judge

Order for Attorney Fees Under 42 USC 406(B)
Page 1